# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>OLGA AGUILAR (1),<br><br>　　　　　　　　Defendant. | Case No. 19-CR-3168-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INFORMANTION WITHOUT PREJUDICE** |

　　　Pending before the Court is the United States of America's motion to dismiss the Information without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the Information against Olga Aguilar.

　　　**IT IS SO ORDERED.**

Dated: October 28, 2019

　　　　　　　　　　　　　　　　Cynthia Bashant
　　　　　　　　　　　　　　　　United States District Judge